UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

RICHARD GILLIARD,

                            Plaintiff,                  10 Civ. 5247 (BMC)

       -against-

HUMBERTO KIBEL, EDDIE MARTINS, AND
BARBARA SOBOLEWSKI,

                            Defendants.

------------------------------------------------------------ X

# VERDICT FORM

COURT EXHIBIT
2

## I. FALSE ARREST

1. Has plaintiff proven by a preponderance of the evidence that defendant Humberto Kibel falsely arrested him?

    YES _____     NO __✓__

    **Proceed to Question 2**

2. Has plaintiff proven by a preponderance of the evidence that defendant Eddie Martins falsely arrested him?

    YES _____     NO __✓__

    **Proceed to Question 3**

## II. EXCESSIVE FORCE

3. Has plaintiff proven by a preponderance of the evidence that defendant Humberto Kibel used excessive force against him?

    YES _____     NO __✓__

    **Proceed to Question 4**

4. Has plaintiff proven by a preponderance of the evidence that defendant Eddie Martins used excessive force against him?

    YES _____     NO __✓__

    **Proceed to Question 5**

## III.   FAILURE TO INTERVENE

5.  Has plaintiff proven by a preponderance of the evidence that defendant Humberto Kibel failed to intervene to prevent Eddie Martins from falsely arresting plaintiff?

    YES _____        NO ✓

    **Proceed to Question 6**

6.  Has plaintiff proven by a preponderance of the evidence that defendant Humberto Kibel failed to intervene to prevent another officer from using excessive force against plaintiff?

    YES _____        NO ✓

    **Proceed to Question 7**

7.  Has plaintiff proven by a preponderance of the evidence that defendant Eddie Martins failed to intervene to prevent Humberto Kibel from falsely arresting plaintiff?

    YES _____        NO ✓

    **Proceed to Question 8**

8.  Has plaintiff proven by a preponderance of the evidence that defendant Eddie Martins failed to intervene to prevent another officer from using excessive force against plaintiff?

    YES _____        NO ✓

    **Proceed to Question 9**

9.  Has plaintiff proven by a preponderance of the evidence that defendant Barbara Sobolewski failed to intervene to prevent Humberto Kibel or Eddie Martins from falsely arresting plaintiff?

    YES _____        NO ✓

    **Proceed to Question 10**

10. Has plaintiff proven by a preponderance of the evidence that defendant Barbara Sobolewski failed to intervene to prevent another officer from using excessive force against plaintiff?

> YES _____  NO \_\_✓\_\_\_\_

- **If you answered NO to Questions 1 through 10, your deliberations are over and you may skip the remaining questions. Your verdict will be complete when the foreperson signs the bottom of this form.**
- **If you answered YES to any of these questions, proceed to Question 11.**

11. State the total dollar amount, if any, of compensatory damages that plaintiff is entitled to recover. If plaintiff is not entitled to compensatory damages, write "none."

> Compensatory Damages     $_____

**If you find that plaintiff is entitled to compensatory damages, proceed to Question 12. If you find that plaintiff is not entitled to compensatory damages, skip to Question 13.**

12. Of the compensatory damages that plaintiff sustained, indicate how much, if any, each defendant is liable for:

> Defendant Kibel            $_____
> Defendant Martins          $_____
> Defendant Sobolewski       $_____

**Skip to Question 14**

4

13. If you find that plaintiff is not entitled to compensatory damages, than award him nominal damages in an amount not to exceed $1.00.

  Nominal Damages    $_____

  **Proceed to Question 14**

14. Has plaintiff proven by a preponderance of the evidence that punitive damages should be awarded against defendant Kibel?

  Yes _____  No _____

  If you answered YES, state the amount. $_____.

  **Proceed to Question 15**

15. Has plaintiff proven by a preponderance of the evidence that punitive damages should be awarded against defendant Martins?

  Yes _____  No _____

  If you answered YES, state the amount. $_____.

  **Proceed to Question 16**

16. Has plaintiff proven by a preponderance of the evidence that punitive damages should be awarded against defendant Sobolewski?

  Yes _____  No _____

  If you answered YES, state the amount. $_____.

We, the Jury duly empanelled and sworn in the above-entitled action, upon our oaths, do find the above verdict.

_____

Foreperson

Dated: January 5th, 2012