UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

RICHARD GILLIARD,

                                                                Plaintiff,

-against-

THE CITY OF NEW YORK, HUMBERTO KIBEL,
Individually and in his Official Capacity, EDDIE
MARTINS, Individually and in his Official Capacity,
BARBARA SOBOLEWSKI, Individually and in her
Official Capacity, and JOHN/JANE DOES NOS. 1-10,
Individually and in their Official Capacities (members
of the NEW YORK CITY POLICE DEPARTMENT
whose name are presently unknown to plaintiff),

                                                                Defendants.

------------------------------------------------------------------------------- x

**NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFF**

10 CV 5247 (BMC)

      **PLEASE TAKE NOTICE** that, upon defendants' Bill of Costs, the Declaration of Assistant Corporation Counsel Gregory P. Mouton, Jr., dated January 27, 2012, and the exhibits annexed thereto, and all other pleadings and proceedings heretofore had herein, defendants will move this Court before the Judgment Clerk, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 on Thursday, February 16, 2012 at 10:00 A.M., or at a time and date to be determined by the Court for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. §§1921 and 1920 granting fees and costs sought by defendants and granting such other further relief this Court deems just and proper.

Date:   New York, New York
           January 27, 2012

                                          **MICHAEL A. CARDOZO**
                                          Corporation Counsel of the City of New York
                                          Attorney for Defendants
                                          100 Church Street, Room 2-101
                                          New York, New York 10007
                                          (212) 676-1307
                                          gmouton@law.nyc.gov

                             By:            /S/
                                    Gregory P. Mouton, Jr.
                                    Assistant Corporation Counsel

To:    Law Office of Robert T. Perry
       Robert T. Perry, Esq.
       *Attorney for the Plaintiff*
       45 Main Street, Suite 230
       Brooklyn, New York  11201
       (212) 219-9410
       roberttperrylaw@hotmail.com