AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| RICHARD GILLIARD<br>*Plaintiff*<br>v.<br>HUMBERTO KIBEL, EDDIE MARTINS, AND<br>BARBARA SOBOLEWSKI<br>*Defendant* | )<br>)<br>)   Civil Action No. 10 Civ. 5247 (BMC)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff *(name)* _____.

☐ other:
_____

This action was *(check one)*:

☒ tried by a jury with Judge BRIAN M. COGAN presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____

Date: 1/5/2012

CLERK OF COURT

*M. Clarke*
*Signature of Clerk or Deputy Clerk*