

# Diamond Reporting, Inc.
16 Court Street • Suite 907 • Brooklyn, NY 11241
T: 718.624.7200 • F: 718.855.1772 • www.diamondreporting.com

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

GREGORY MOUTON, ESQ.

GILLIARD, RICHARD VS CITY OF NEW YORK, HUMBERTO KIBEL, EDDIE MARTINS, BARBARA SOBOLEWSKI, ETAL
INDEX NO: 10CV5247(BMC)   FILE NO: 2010-046521

INVOICE NO.: 11060810201
INVOICE DATE: 6/20/2011

REPORTER:
JOANNE CAPPARELLI

TAX ID #: 11-266-5545
BILLER ID: SS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/8/2011 | EBT OF A NON-PTY WITNESS GERARDO RIVERA 27PP+4PGS OF W.I. | $3.65 |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 113.15 |
| | APPEARANCE (PM) YOUR CHARGE | 26.00 |
| | CONTROL #: RRR01167 | |
| | SUB TOTAL | $139.15 |
| | PAID | $0.00 |
| | BALANCE DUE | $139.15 |

**APPROVED**

MM 6/24/11

VOUCHERED
DATE: 07/22/11
139.15

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT AMERICAN EXPRESS, VISA AND MASTERCARD
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU
PLEASE RETURN THIS COPY WITH PAYMENT

12-0163
DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx, Queens, Staten Island,
Melville, Mineola, White Plains

New Jersey Offices:
Englewood Cliffs, Marlton

Make checks payable to: Diamond Reporting, Inc.
☐ Visa  ☐ MC  ☐ Amex  ☐ Check

Credit Card #:
Exp. Date:
Name on Card:

INV.# 11060810201
SVS. PERIOD 06/08/11 TO 06/08/11